FILED IN OPEN COURT
ON __10|17|24 BRU
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-307

UNITED STATES OF AMERICA )
)
v. )
) **INDICTMENT**
NAHRO SUDOI INNAB )
a/k/a "Nick" )

The Grand Jury charges that:

## COUNT ONE

From in or about July 2024 and continuing up to and including on or about September 3, 2024, in the Eastern District of North Carolina and elsewhere, the defendant, NAHRO SUDOI INNAB, also known as "Nick," did knowingly and intentionally use and cause to be used a facility of interstate commerce, that is, telephones, cellular telephones and the internet, with the intent that the murder of S.K.S. be committed in violation of the laws of the State of North Carolina, as consideration for the receipt of, and as consideration for a promise and agreement to pay, money and items of pecuniary value, in violation of Title 18, United States Code, Section 1958.

## COUNT TWO

From in or about July 2024 and continuing up to and including on or about September 3, 2024, in the Eastern District of North Carolina and elsewhere, the defendant, NAHRO SUDOI INNAB, also known as "Nick," did knowingly and

intentionally use and cause to be used a facility of interstate commerce, that is, telephones, cellular telephones and the internet, with the intent that the murder of H.M.S. be committed in violation of the laws of the State of North Carolina, as consideration for the receipt of, and as consideration for a promise and agreement to pay, money and items of pecuniary value, in violation of Title 18, United States Code, Section 1958.

## COUNT THREE

From in or about July 2024 and continuing up to and including on or about September 3, 2024, in the Eastern District of North Carolina and elsewhere, the defendant, NAHRO SUDOI INNAB, also known as "Nick," did knowingly and intentionally use and cause to be used a facility of interstate commerce, that is, telephones, cellular telephones and the internet, with the intent that the murder of R.K.S. be committed in violation of the laws of the State of North Carolina, as consideration for the receipt of, and as consideration for a promise and agreement to pay, money and items of pecuniary value, in violation of Title 18, United States Code, Section 1958.

## COUNT FOUR

From in or about July 2024 and continuing up to and including on or about September 3, 2024, in the Eastern District of North Carolina and elsewhere, the defendant, NAHRO SUDOI INNAB, also known as "Nick," did knowingly and intentionally use and cause to be used a facility of interstate commerce, that is, telephones, cellular telephones and the internet, with the intent that the murder of

O.M.B. be committed in violation of the laws of the State of North Carolina, as

consideration for the receipt of, and as consideration for a promise and agreement to

pay, money and items of pecuniary value, in violation of Title 18, United States Code,

Section 1958.

**REDACTED VERSION**
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

_____
10/17/2024
DATE

MICHAEL F. EASLEY, JR.
United States Attorney

_____
BY: SARAH E. NOKES
    Assistant United States Attorney