IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-307-D

UNITED STATES OF AMERICA,  )
                           )
           v.              )     **VERDICT FORM**
                           )
NAHRO SUDOI INNAB,         )
     a/k/a "Nick,"         )
                           )
           Defendant.      )

## COUNT ONE
### (S.K.S.)

On count one, we, the Jury, unanimously find the defendant, Nahro Sudoi Innab, also known as "Nick":

\_\_\_\_\_ Not Guilty

\_✓\_\_\_ Guilty

## COUNT TWO
### (H.M.S.)

On count two, we, the Jury, unanimously find the defendant, Nahro Sudoi Innab, also known as "Nick":

\_\_\_\_\_ Not Guilty

\_✓\_\_\_ Guilty

## COUNT THREE
## (R.K.S.)

On count three, we, the Jury, unanimously find the defendant, Nahro Sudoi Innab, also known as "Nick":

✓ Not Guilty

___ Guilty

## COUNT FOUR
## (O.M.B.)

On count four, we, the Jury, unanimously find the defendant, Nahro Sudoi Innab, also known as "Nick":

___ Not Guilty

✓ Guilty

So say we all, this 14 day of January, 2026.

███████████████████

Signature of Foreperson

2